Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

John S. Harrison, Esq. (SBN 64179)
HARRISON TAYLOR LAW GROUP
6114 La Salle Avenue, #527
Oakland, California 94611
Telephone: (510) 638-9319
Facsimile: (510) 638-9351
Email: jsh2htb@aol.com

Attorneys for Defendant, Western Addition
Drywall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN ADDITION DRYWALL, INC., a suspended California corporation, et al.,<br><br>Defendant. | Case No. C16-2427 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE BY NINETY DAYS** |

    The Parties to this action hereby respectfully request and stipulate to extend the deadline to hold the mediation session by 90 days. Good cause exists for the continuance, as follows:

    1.   On June 1, 2017, the Court ordered the parties to participate in mediation within the presumptive deadline of ninety days. (Dkt. No. 25).

    2.   On June 13, 2017, ADR Case Administrator, Alice M. Fiel notified the parties that Robert Pohls was the assigned mediator for this case. (Dkt. No. 27).

3. On July 14, 2017, the parties participated in a pre-mediation conference with Mr. Pohls and scheduled the mediation for August 28, 2017.

4. The Parties agree that mediation will not be effective until the final dollar amount due can be discussed. At this time, Defendant has not yet scheduled its audit, and Defendant has not provided the missing contribution reports due to Plaintiffs.

5. Defendant's counsel is currently working to try to get the audit scheduled and to obtain the missing contribution reports.

7. Once the audit has been completed, and the missing contribution reports have been provided by Defendant, then the case will be ripe for mediation, as the Parties will then be able to conduct discussions of the final dollar amount due.

8. The parties therefore request that the Court extend the deadline to hold the mediation session by 90 days to allow Defendant additional time to schedule the audit and to provide the missing contribution reports.

DATED: August 14, 2017                **SALTZMAN & JOHNSON LAW CORPORATION**

                                      By:  /S/
                                      Matthew P. Minser
                                      Attorneys for Plaintiffs, District Council 16
                                      Nor. Cal. Health and Welfare Trust Fund, et al.

DATED: August 14, 2017                **HARRISON TAYLOR LAW GROUP**

                                      By:  /S/
                                      John S. Harrison
                                      Attorneys for Defendant Western Addition Drywall, Inc.

**IT IS SO ORDERED.**

The deadline to hold the mediation session is extended by ninety days to _____, 2017.

DATED: _____, 2017

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE

3. On July 14, 2017, the parties participated in a pre-mediation conference with Mr. Pohls and scheduled the mediation for August 28, 2017.

4. The Parties agree that mediation will not be effective until the final dollar amount due can be discussed. At this time, Defendant has not yet scheduled its audit, and Defendant has not provided the missing contribution reports due to Plaintiffs.

5. Defendant's counsel is currently working to try to get the audit scheduled and to obtain the missing contribution reports.

7. Once the audit has been completed, and the missing contribution reports have been provided by Defendant, then the case will be ripe for mediation, as the Parties will then be able to conduct discussions of the final dollar amount due.

8. The parties therefore request that the Court extend the deadline to hold the mediation session by 90 days to allow Defendant additional time to schedule the audit and to provide the missing contribution reports.

DATED: August 14, 2017

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____
Matthew P. Minser
Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

DATED: August 14, 2017

**HARRISON TAYLOR LAW GROUP**

By: *[signature]*
John S. Harrison
Attorneys for Defendant Western Addition Drywall, Inc.

**IT IS SO ORDERED.**

The deadline to hold the mediation session is extended by ninety days to __12/1__, 2017. Status reset from 10/5/17 to 12/14/17 at 10:30 a.m.  Updated joint status report due 12/7/17.

DATED: 8/16, 2017

UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*